**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN APALTEK CO., LTD., A/K/A SHENZHEN ANG PAI TECHNOLOGY CO., LTD., and GUANGDONG APALTEK LIQUID COOLING TECHNOLOGY CO., LTD., A/K/A GUANGDONG ANG PAI LIQUID COOLING TECHNOLOGY CO., LTD., OR DONGGUAN APALCOOL,<br><br>Defendants. | Civil Action No. 6:21-cv-00501-ADA<br><br>**JURY TRIAL DEMAND** |

**NOTICE OF JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR
SHENZHEN APALTEK CO., LTD'S MOTION TO TRANSFER**

Plaintiff Asetek Danmark A/S ("Asetek") and Defendants Shenzhen Apaltek Co., Ltd., a/k/a Shenzhen Ang Pai Technology Co., Ltd., and Guangdong Apaltek Liquid Cooling Technology Co., Ltd., a/k/a Guangdong Ang Pai Liquid Cooling Technology Co., Ltd., or Dongguan Apalcool (collectively, "Apaltek") (together with Asetek, the "Parties"), by and through their respective undersigned counsel, subject to change due to the necessity of additional venue discovery, hereby give notice to the court that they have agreed to the following Briefing Schedule for Apaltek's Motion to Transfer Venue Pursuant to 28 U.S.C. 1400 (a), or in the alternative to Stay, filed on Nov. 12, 2021 ("Motion") (Dkt. 30).

Pursuant to the Court's Standing Order Governing Proceedings – Patent Cases, Ver. 3.5 (Dkt. 25), currently Asetek's Response Brief to Apaltek's Motion is due by November 29, 2021 and Apaltek's Reply Brief is due by December 13, 2021;

Apaltek served the first set of venue and jurisdictional discovery requests on November 19, 2021;

The Parties stipulate that the briefing schedule to Apaltek's Motion shall be adjusted by venue or jurisdictional discovery in light of the Court's recent Standing Order Governing Proceedings – Patent Cases, Ver. 3.5.1, filed on November 17, 2021, as well as the upcoming holidays;

The Parties have agreed that Asetek's Response Brief is due by January 10, 2022 and Apaltek's Reply Brief is due by January 31, 2022.

SIGNED this 24th day of November, 2021.

-3-

| | |
|---|---|
| */s/ Arpita Bhattacharyya* | */s/ C. Mark Stratton* |
| Arpita Bhattacharyya | C. Mark Stratton |
| CA Bar No. 324362 | Texas Bar No. 19359200 |
| Email: Arpita.bhattacharyya@finnegan.com | Email: strattonm@gtlaw.com |
| Robert F. McCauley | Janis E. Clements |
| CA Bar No. 162506 | Texas Bar No. 04365500 |
| Email: Robert.mccauley@finnegan.com | Email: clementsj@gtlaw.com |
| Jordan Fraboni | Joseph W. Shaneyfelt |
| CA Bar No. 324362 | Texas Bar No. 24105406 |
| Email: Jordan.fraboni@finnegan.com | Email: shaneyfeltj@gtlaw.com |
| **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** | **GREENBERG TRAURIG, LLP** |
| 3300 Hillview Avenue | 300 West 6th Street, Suite 2050 |
| Palo Alto, CA 94304 | Austin, Texas 78701 |
| Tel: (650) 849-6600 | Tel: (512) 320-7200 |
| Fax: (650) 849-6666 | Fax: (512) 320-7210 |
| | |
| Kevin D. Collins | Kyle D. Chen (*pro hac vice* pending) |
| Texas Bar No. 24050438 | Email: kchen@gtlaw.com |
| Email: kevin.collins@bracewell.com | **GREENBERG TRAURIG, LLP** |
| **BRACEWELL LLP** | 1900 University Ave, Fl 5 |
| 111 Congress Avenue, Suite 2300 | Palo Alto, CA 94303-2283 |
| Austin, TX 78701-4061 | Tel: (650)-289-7887 |
| Tel: (512) 494-3640 | Fax: (650)-328-8508 |
| Fax: (800) 404-3970 | |
| | ***ATTORNEYS FOR DEFENDANTS*** |
| ***ATTORNEYS FOR PLAINTIFF*** | Shenzhen Apaltek Co., Ltd., a/k/a Shenzhen Ang Pai Technology Co., Ltd., and Guangdong Apaltek Liquid Cooling Technology Co., Ltd., a/k/a Guangdong Ang Pai Liquid Cooling Technology Co., Ltd., Or Dongguan Apalcool |
| Asetek Danmark A/S | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of November 2021, I caused a true and correct copy of the foregoing document to be filed with the Court's CM/ECF system and thus served on all parties with counsel of record.

/s/ C. Mark Stratton
C. Mark Stratton