# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN APALTEK CO., LTD., et al.,<br><br>Defendants. | Civil Action No. 6:21-cv-00501-ADA |

## ORDER DENYING PLAINTIFF'S REQUESTS TO STRIKE

Pursuant to the Discovery Disputes process detailed in the Court's Standing Order Governing Proceedings – Patent Cases, Ver. 3.5.1 (Nov. 17, 2021) ("OGP"), on February 17, 2022, the Court held a hearing to discuss a joint email from the parties concerning discovery disputes and two requests to strike by Plaintiff Asetek Danmark A/S ("Asetek"). First, Asetek requested that the Court strike third-party subpoenas for documents and information that Defendants Shenzhen Apaltek Co., Ltd., and Guangdong Apaltek Liquid Cooling Tech. Co., Ltd., (collectively, "Apaltek") directed to CoolIT Systems, Inc., and Cooler Master Co., Ltd ("Third Parties"). Second, Asetek requested that the Court to strike Apaltek's Preliminary Invalidity Contentions as amended on January 24, 2022. Having considered the joint email and the argument by counsel at the hearing, the Court DENIES Asetek's requested relief.

SIGNED this 24th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE