AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __USDC, Western District of Texas (Waco)__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:21-cv-00501 | DATE FILED<br>5/14/2021 | U.S. DISTRICT COURT<br>USDC, Western District of Texas (Waco) |
|---|---|---|
| PLAINTIFF<br>ASETEK DANMARK A/S | | DEFENDANT<br>SHENZHEN APALTEK CO., LTD., A/K/A SHENZHEN ANG PAI TECHNOLOGY CO., LTD. AND GUANGDONG APALTEK LIQUID COOLING TECHNOLOGY CO., LTD., A/K/A GUANGDONG ANG PAI LIQUID COOLING |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8240362 | 8/14/2012 | ASETEK DANMARK A/S |
| 2 | 8245764 | 8/21/2012 | ASETEK DANMARK A/S |
| 3 | 10078355 | 9/18/2018 | ASETEK DANMARK A/S |
| 4 | 10599196 | 3/24/2020 | ASETEK DANMARK A/S |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 5/6/2022 Motion to transfer case to the Northern District of California was granted. (document # 72). |

| CLERK<br>Jeannette J. Clack | (BY) DEPUTY CLERK<br>*[signature]* Shmilth Velasquez | DATE<br>05/09/2022 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**